1

2

3

4

5

6

7

8

9

10

11

12

13

14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LAURA MIGLIORE,

                    Plaintiff,

            vs.

MENU FOODS,

                    Defendant.

NO.  C07-575RSL

ORDER REMOVING CASE FROM
ACTIVE CASELOAD

15

16

17

18

19

20

21

22

23

24

25

26

27

28

        This Court having stayed the above-entitled action pending the MDL panel's determination

whether all actions, including this action should be transferred and coordinated and/or consolidated under

28 U.S.C. § 1407 for pretrial proceedings;

        It is HEREBY ORDERED that this action shall be removed from this Court's active caseload

until further application by the parties or order of this Court.  This Court retains full jurisdiction and this

Order shall not prejudice any party in this action.


        DATED this 8th day of May, 2007.


                                        _Mrt S Casnik_
                                        Robert S. Lasnik
                                        United States District Judge


ORDER -1

Dockets.Justia.com