The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LAURA MIGLIORE,<br><br>                Plaintiff,<br><br>  v.<br><br>MENU FOODS, a foreign corporation,<br><br>                Defendant. | No. CV 07-0575 RSL<br><br>NOTICE OF MULTIDISTRICT CONSOLIDATION PURSUANT TO 28 U.S.C. § 1407 AND REQUEST TO MAINTAIN STAY |

On June 19, 2007, the Judicial Panel on Multidistrict Litigation (the "JPML") issued a Transfer Order, creating a new multidistrict proceeding entitled *In re Pet Food Products Liability Litigation* (the "MDL"), and assigning the MDL to Judge Noel L. Hillman of the District of New Jersey. The June 19, 2007 Transfer Order is attached hereto. On June 28, 2007, the JPML issued the attached Conditional Transfer Order ("CTO-1"), conditionally transferring this case to the MDL, pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation.

In light of the likely imminent transfer of this case, Menu Foods requests that the current stay of proceedings remain in place pending transfer to the MDL, in order to serve the interests of judicial economy.

NOTICE OF MULTIDISTRICT CONSOLIDATION PURSUANT TO 28 U.S.C. §1407 AND REQUEST TO MAINTAIN STAY - CV 07-0575 RSL - 1

GARDNER BOND TRABOLSI PLLC
A T T O R N E Y S
2200 SIXTH AVENUE, SUITE 600
SEATTLE, WASHINGTON 98121
TELEPHONE (206) 256-6309
FACSIMILE (206) 256-6318

1    DATED this 5th day of July, 2007.

                                        GARDNER BOND TRABOLSI PLLC


                                        By:     /s/
                                           Gary A. Trabolsi, WSBA No. 13215
                                           Jeffrey T. Kestle, WSBA No. 29648
                                           Attorneys for Defendant MENU FOODS


## CERTIFICATE OF SERVICE

I, Jodie Tomlinson, say:

I hereby certify that on July 6, 2007, I electronically filed the Notice of Multidistrict Consolidation Pursuant to 28 U.S.C. § 1407 and Request to Maintain Stay, and this Certificate of Service with the Clerk of the Court and I hereby certify that I have sent via electronic service, these documents to the following:

| | |
|---|---|
| Steve W. Berman | Michael David Myers |
| Hagens Berman Sobol Shapiro LLP | Myers & Company |
| 1301 Fifth Avenue, Suite 2900 | 1809 Seventh Avenue, Suite 700 |
| Seattle, WA 98101 | Seattle, WA 98101 |
| steve@hbsslaw.com | mmyers@myers-company.com |

DATED this 6th of July, 2007, at Seattle, Washington.


                                             /s/Jodie Tomlinson
                                        Jodie Tomlinson
                                        Legal Assistant to Jeffrey T. Kestle

NOTICE OF MULTIDISTRICT
CONSOLIDATION PURSUANT TO 28 U.S.C.
§ 1407 AND REQUEST TO MAINTAIN STAY - 2

GARDNER BOND TRABOLSI PLLC
A T T O R N E Y S
2200 SIXTH AVENUE, SUITE 600
SEATTLE, WASHINGTON 98121
TELEPHONE (206) 256-6309
FACSIMILE (206) 256-6318